CLOSED

# U.S. District Court
## Southern District of Indiana (Terre Haute)
## CIVIL DOCKET FOR CASE #: 2:22−cv−00499−JRS−MG

KRIEGER et al v. BAYER CROPSCIENCE LP  
Assigned to: Judge James R. Sweeney II  
Referred to: Magistrate Judge Mario Garcia  
Cause: 28:1331 Fed. Question: Anti−trust  

Date Filed: 11/07/2022  
Date Terminated: 11/28/2022  
Jury Demand: Plaintiff  
Nature of Suit: 410 Anti−Trust  
Jurisdiction: Federal Question  

Discovery Deadline:  
Dispositive Motion Deadline:  

Settlement Conference:  
Final Pretrial Conference:  
Trial Date:  

**Plaintiff**

**MARK KRIEGER** represented by **Charles R. Watkins**  
Guin, Stokes & Evans, LLC  
805 Lake Street, #226  
Oak Park, IL 60301  
312−878−8391  
Fax: 205−226−2357  
Email: charlesw@gseattorneys.com  
*ATTORNEY TO BE NOTICED*

**David J. Guin**  
GUIN, STOKES & EVANS. LLC  
300 Richard Arrington Jr. Blvd. N.  
Title Building, Suite 600  
Birmingham, AL 35203  
205−226−2282  
Fax: 205−226−2357  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Tammy McClendon Stokes**  
GUIN, STOKES & EVANS, LLC  
300 Richard Arrington Jr. Blvd. N.  
Title Building, Suite 600  
Birmingham, AL 35203  
205−226−2282  
Fax: 205−226−2357  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**KRIEGER FAMILY FARMS, LLC** represented by **Charles R. Watkins**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**David J. Guin**  
(See above for address)

        *PRO HAC VICE*
        *ATTORNEY TO BE NOTICED*

        **Tammy McClendon Stokes**
        (See above for address)
        *PRO HAC VICE*
        *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**BAYER CROPSCIENCE LP**    represented by   **BAYER CROPSCIENCE LP**
        .
        PRO SE

**Defendant**

**BAYER CROPSCIENCE, INC.**    represented by   **BAYER CROPSCIENCE, INC.**
        .
        PRO SE

**Defendant**

**CORTEVA, INC.**    represented by   **CORTEVA, INC.**
        .
        PRO SE

**Defendant**

**PIONEER HI–BRED INTERNATIONAL, INC.**    represented by   **PIONEER HI–BRED INTERNATIONAL, INC.**
        .
        PRO SE

**Defendant**

**CARGILL, INC.**    represented by   **CARGILL, INC.**
        .
        PRO SE

**Defendant**

**BASF CORPORATION**    represented by   **BASF CORPORATION**
        .
        PRO SE

**Defendant**

**SYNGENTA CORPORATION**    represented by   **SYNGENTA CORPORATION**
        .
        PRO SE

**Defendant**

**WINFIELD SOLUTIONS, LLC**    represented by   **WINFIELD SOLUTIONS, LLC**
        .

|  |  |  |
|---|---|---|
|  |  | PRO SE |

**Defendant**

| **UNIVAR SOLUTIONS, INC.** | represented by | **UNIVAR SOLUTIONS, INC.** |
|  |  | . |
|  |  | PRO SE |

**Defendant**

| **FEDERATED CO−OPERATIVES LTD.** | represented by | **FEDERATED CO−OPERATIVES LTD.** |
|  |  | . |
|  |  | PRO SE |

**Defendant**

| **CHS INC.** | represented by | **CHS INC.** |
|  |  | . |
|  |  | PRO SE |

**Defendant**

| **NUTRIEN AG SOLUTIONS INC.** | represented by | **NUTRIEN AG SOLUTIONS INC.** |
|  |  | . |
|  |  | PRO SE |

**Defendant**

| **GROWMARK INC.** | represented by | **GROWMARK INC.** |
|  |  | . |
|  |  | PRO SE |

**Defendant**

| **GROWMARK FS, LLC** | represented by | **GROWMARK FS, LLC** |
|  |  | . |
|  |  | PRO SE |

**Defendant**

| **SIMPLOT AB RETAIL SUB, INC.** | represented by | **SIMPLOT AB RETAIL SUB, INC.** |
|  |  | . |
|  |  | PRO SE |

**Defendant**

| **TENKOZ, INC.** | represented by | **TENKOZ, INC.** |
|  |  | . |
|  |  | PRO SE |

| Date Filed | # | Docket Text |
|---|---|---|
| 11/08/2022 | Ï 1 | NOTICE of Appearance by Charles R. Watkins on behalf of Plaintiffs MARK KRIEGER, KRIEGER FAMILY FARMS, LLC. (Watkins, Charles) (Entered: 11/08/2022) |
| 11/08/2022 | Ï 2 | COMPLAINT against All Defendants, filed by All Plaintiffs. (Filing fee $402, receipt number AINSDC−7362491) (Watkins, Charles) (Entered: 11/08/2022) |

| | | |
|---|---|---|
| 11/08/2022 | 3 | Proposed Summons submitted for issuance by the clerk as to BASF CORPORATION, BAYER CROPSCIENCE LP, BAYER CROPSCIENCE, INC., CARGILL, INC., CORTEVA, INC., PIONEER HI–BRED INTERNATIONAL, INC., SYNGENTA CORPORATION, UNIVAR SOLUTIONS, INC., WINFIELD SOLUTIONS, LLC. (Watkins, Charles) (Entered: 11/08/2022) |
| 11/08/2022 | 4 | Proposed Summons submitted for issuance by the clerk as to CHS INC., FEDERATED CO–OPERATIVES LTD., GROWMARK FS, LLC, GROWMARK INC., NUTRIEN AG SOLUTIONS INC., SIMPLOT AB RETAIL SUB, INC., TENKOZ, INC.. (Watkins, Charles) (Entered: 11/08/2022) |
| 11/08/2022 | 5 | MOTION for Attorney(s) David J. Guin to Appear pro hac vice (Filing fee $100, receipt number AINSDC–7362537), filed by Plaintiffs MARK KRIEGER, KRIEGER FAMILY FARMS, LLC. (Attachments: # 1 Certificate of Good Standing)(Watkins, Charles) (Entered: 11/08/2022) |
| 11/08/2022 | 6 | MOTION for Attorney(s) Tammy McClendon Stokes to Appear pro hac vice (Filing fee $100, receipt number AINSDC–7362550), filed by Plaintiffs MARK KRIEGER, KRIEGER FAMILY FARMS, LLC. (Attachments: # 1 Certificate of Good Standing)(Watkins, Charles) (Entered: 11/08/2022) |
| 11/08/2022 | 7 | Corporate Disclosure Statement by MARK KRIEGER, KRIEGER FAMILY FARMS, LLC. (Watkins, Charles) (Entered: 11/08/2022) |
| 11/09/2022 | 8 | MAGISTRATE JUDGE's NOTICE of Availability to Exercise Jurisdiction issued. (TPS) (Entered: 11/09/2022) |
| 11/09/2022 | 9 | PRACTICES AND PROCEDURES before Judge James R. Sweeney II. (TPS) (Entered: 11/09/2022) |
| 11/10/2022 | 10 | MOTION for Attorney(s) David J. Guin to Appear pro hac vice (No fee paid with this filing), filed by Plaintiffs MARK KRIEGER, KRIEGER FAMILY FARMS, LLC. (Attachments: # 1 Certificate of Good Standing)(Watkins, Charles) (Entered: 11/10/2022) |
| 11/10/2022 | 11 | MOTION for Attorney(s) Tammy McClendon Stokes to Appear pro hac vice (No fee paid with this filing), filed by Plaintiffs MARK KRIEGER, KRIEGER FAMILY FARMS, LLC. (Attachments: # 1 Certificate of Good Standing)(Watkins, Charles) (Entered: 11/10/2022) |
| 11/15/2022 | 12 | ORDER GRANTING MOTION TO APPEAR PRO HAC VICE – granting 10 Motion to Appear pro hac vice. Attorney David J. Guin for MARK KRIEGER and KRIEGER FAMILY FARMS, LLC added. Now that Counsel Guin's motion has been corrected and granted via this order, his previous motion at Dkt. 5 , filed November 8, 2022, is denied as moot. Copy to Mr. Guin via US Mail. Signed by Magistrate Judge Mario Garcia on 11/15/2022. (KAA) (Entered: 11/15/2022) |
| 11/15/2022 | 13 | ORDER GRANTING MOTION TO APPEAR PRO HAC VICE – granting 11 Motion to Appear pro hac vice. Attorney Tammy McClendon Stokes for MARK KRIEGER and KRIEGER FAMILY FARMS, LLC added. Now that Counsel Stokes' motion has been corrected and granted via this order, her previous motion at Dkt. 6 , filed November 8, 2022, is denied as moot. Copy to Ms. Stokes via US Mail. Signed by Magistrate Judge Mario Garcia on 11/15/2022. (KAA) (Entered: 11/15/2022) |
| 11/22/2022 | 14 | REQUEST FOR WAIVER of Service sent to Troy Bozarth on 11/11/2022, filed by Plaintiffs MARK KRIEGER, KRIEGER FAMILY FARMS, LLC. (Watkins, Charles) (Entered: 11/22/2022) |
| 11/22/2022 | 15 | REQUEST FOR WAIVER of Service sent to Christopher Hohn on 11/11/2022, filed by Plaintiffs MARK KRIEGER, KRIEGER FAMILY FARMS, LLC. (Watkins, Charles) (Entered: 11/22/2022) |
| 11/22/2022 | 16 | REQUEST FOR WAIVER of Service sent to Christopher Hohn on 11/11/2022, filed by Plaintiffs MARK KRIEGER, KRIEGER FAMILY FARMS, LLC. (Watkins, Charles) (Entered: 11/22/2022) |

| | | |
|---|---|---|
| 11/22/2022 | 17 | REQUEST FOR WAIVER of Service sent to Eric Mahr on 11/11/2022, filed by Plaintiffs MARK KRIEGER, KRIEGER FAMILY FARMS, LLC. (Watkins, Charles) (Entered: 11/22/2022) |
| 11/22/2022 | 18 | REQUEST FOR WAIVER of Service sent to Kathy Osborn on 11/11/2022, filed by Plaintiffs MARK KRIEGER, KRIEGER FAMILY FARMS, LLC. (Watkins, Charles) (Entered: 11/22/2022) |
| 11/22/2022 | 19 | REQUEST FOR WAIVER of Service sent to Leslie John on 11/11/2022, filed by Plaintiffs MARK KRIEGER, KRIEGER FAMILY FARMS, LLC. (Watkins, Charles) (Entered: 11/22/2022) |
| 11/22/2022 | 20 | REQUEST FOR WAIVER of Service sent to Michael McCluggage on 11/11/2022, filed by Plaintiffs MARK KRIEGER, KRIEGER FAMILY FARMS, LLC. (Watkins, Charles) (Entered: 11/22/2022) |
| 11/22/2022 | 21 | REQUEST FOR WAIVER of Service sent to Barry Noeltner on 11/11/2022, filed by Plaintiffs MARK KRIEGER, KRIEGER FAMILY FARMS, LLC. (Watkins, Charles) (Entered: 11/22/2022) |
| 11/22/2022 | 22 | REQUEST FOR WAIVER of Service sent to Barry Noeltner on 11/11/2022, filed by Plaintiffs MARK KRIEGER, KRIEGER FAMILY FARMS, LLC. (Watkins, Charles) (Entered: 11/22/2022) |
| 11/22/2022 | 23 | REQUEST FOR WAIVER of Service sent to G. Patrick Watson on 11/11/2022, filed by Plaintiffs MARK KRIEGER, KRIEGER FAMILY FARMS, LLC. (Watkins, Charles) (Entered: 11/22/2022) |
| 11/22/2022 | 24 | REQUEST FOR WAIVER of Service sent to Leslie John on 11/11/2022, filed by Plaintiffs MARK KRIEGER, KRIEGER FAMILY FARMS, LLC. (Watkins, Charles) (Entered: 11/22/2022) |
| 11/22/2022 | 25 | REQUEST FOR WAIVER of Service sent to Eric Brandfonbrener on 11/11/2022, filed by Plaintiffs MARK KRIEGER, KRIEGER FAMILY FARMS, LLC. (Watkins, Charles) (Entered: 11/22/2022) |
| 11/22/2022 | 26 | REQUEST FOR WAIVER of Service sent to Paul Mishkin on 11/11/2022, filed by Plaintiffs MARK KRIEGER, KRIEGER FAMILY FARMS, LLC. (Watkins, Charles) (Entered: 11/22/2022) |
| 11/22/2022 | 27 | REQUEST FOR WAIVER of Service sent to Lee Peifer on 11/11/2022, filed by Plaintiffs MARK KRIEGER, KRIEGER FAMILY FARMS, LLC. (Watkins, Charles) (Entered: 11/22/2022) |
| 11/22/2022 | 28 | REQUEST FOR WAIVER of Service sent to Craig Martin on 11/11/2022, filed by Plaintiffs MARK KRIEGER, KRIEGER FAMILY FARMS, LLC. (Watkins, Charles) (Entered: 11/22/2022) |
| 11/22/2022 | 29 | REQUEST FOR WAIVER of Service sent to Nathan Eimer on 11/11/2022, filed by Plaintiffs MARK KRIEGER, KRIEGER FAMILY FARMS, LLC. (Watkins, Charles) (Entered: 11/22/2022) |
| 11/22/2022 | 30 | WAIVER OF SERVICE Returned Executed, filed by KRIEGER FAMILY FARMS, LLC, MARK KRIEGER. WINFIELD SOLUTIONS, LLC waiver sent on 11/11/2022. (Watkins, Charles) (Entered: 11/22/2022) |
| 11/28/2022 | 31 | CLOSED TRANSFER to United States District Court for the Eastern District of Missouri. IN RE: CROP INPUTS ANTITRUST LITIGATION MDL No. 2993 – Conditional Transfer Order #4 on 11/28/2022. (CKM) (Entered: 11/28/2022) |
| 11/28/2022 | 32 | Transfer Letter to Clerk of the Eastern District of Missouri. Case transferred electronically to Eastern District of Missouri, on 11/28/2022. (CKM) (Entered: 11/28/2022) |

**Case #: 2:22−cv−00499−JRS−MG**